AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
              Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MICHAEL J. HARRIS | Case No.   2:10cr175-01-MHT   (WO) |
| | USM No.   15976-043 |
| | William A. McGeachy |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    _1 and 2 of the amended_    petition filed 3/18/13 of the term of supervision.

X    was found in violation of condition(s)    _3-5 of the amended petition_ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to reside in a community corrections facility maintained under contract to the BOP for a term of six months and comply with the rules of that facility | 2/13/2013 |
| 2 | The defendant failed to retrain from any unlawful use of a controlled substance. | 2/13/2013 |
| 3 | The defendant failed to pay restitution obligation in accordance with the schedule of payments set by the court. | 2/14/2013 |

The defendant is sentenced as provided in pages 2 through    _5_    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

Violation No.6 was dismissed on Government's Oral Motion

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _0685_

Defendant's Year of Birth:    _1980_

City and State of Defendant's Residence:
           Montgomery, AL

_March 25, 2013_
Date of Imposition of Judgment

_/s/ Myron H. Thompson_
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

March 29, 2013
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __5__

DEFENDANT:       MICHAEL J. HARRIS
CASE NUMBER:     2:10cr175-01-MHT

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | The defendant failed to pay child support as directed by the court. | 2/14/2013 |
| 5 | The defendant failed to attend a minimum of two (2) NA or AA meetings each month and provide attendance verification to the probation officer each month. | 1/29/2013 |

AO 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page 3 of 5

DEFENDANT: MICHAEL J. HARRIS
CASE NUMBER: 2:10cr175-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

2 Months. The term of probation imposed on August 18, 2011 is hereby Revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
             Sheet 3 — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT: MICHAEL J. HARRIS
CASE NUMBER: 2:10cr175-01-MHT

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

18 Months.

  The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

  If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

  The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 3C — Supervised Release

Judgment—Page 5 of 5

DEFENDANT:     MICHAEL J. HARRIS
CASE NUMBER:   2:10cr175-01-MHT

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether you have reverted to the use of drugs. You shall pay for the cost of any drug treatment as directed by the probation office.

2. The defendant shall submit to a search of your person, residence, office and vehicle pursuant to the search policy of this court

3. The defendant shall provide the probation officer access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule.

5. The defendant shall pay a minimum of *$50* each month towards his restitution.

6. The defendant shall not use or possess any alcoholic beverages and he should not enter any establishments where the primary source of revenue is the sale of alcoholic beverages(liquor stores, bars, taverns, etc). He shall be subject to remote alcohol monitoring as determined by his probation officer. The probation office is authorized to use any technology in order to monitor the defendant's compliance with his alcohol restriction.

7. Upon release from incarceration, the defendant shall serve 6 months at Renascence Recovery House in Montgomery, AL and attend substance abuse treatment while there. He shall abide by the policies and procedures of Renascence Recovery House.

8. The defendant shall pay a minimum of $ *100* per month in child support to care for his children. These payments shall begin upon his release from incarceration and be paid into a bank account set up by the defendant within 45 days of release, with documentation to Probation Officer immediately of creation of the account and first payment into the account. The defendant shall provide his probation officer verification each month that he is in compliance with this payment schedule.

9. The defendant shall attend an AA/ NA meeting once a week, after time served at Renascence Recovery House.