IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )         2:10cr175-MHT
                             )              (WO)
MICHAEL J. HARRIS            )
```

ORDER

Although defendant Michael J. Harris has **not** pled guilty or been found guilty of the charges in the revocation petition (doc. no. 106) and although the court rejected the parties' plea agreement, the court decided to give defense counsel another opportunity to find a half-way house (or something comparable) where defendant Harris may reside during part of an additional, substantial period of supervised release. Accordingly, it is ORDERED that the hearing on the revocation petition (doc. no. 106) shall resume on August 13, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 7th day of July, 2015.

                                      /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE